UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-cv-00072-MOC

| | |
|---|---|
| **PETER HASELOFF**, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| **COMMISSIONER OF SOCIAL SECURITY**, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Summary Judgment (Doc. No. 14) and Defendant's Unopposed Motion to Remand to Social Security Administration (Doc. No. 16). Defendant represents that Plaintiff has consented to the Motion to Remand through counsel. (Id.).

The Court finds good cause to reverse the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Acting Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Remand to Social Security Administration (Doc. No. 16) is **GRANTED**. To this extent, Plaintiff's Motion for Summary Judgment (Doc. No. 14) is **DISMISSED** as moot.

Signed: December 7, 2021

Max O. Cogburn Jr
United States District Judge