UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-72-MOC

| | |
|---|---|
| PETER HASELOFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on counsel for Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b) in the amount of $12,267.48. (Doc. No. 21). Defendant filed a response to the motion, noting that under <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee. (Doc. No. 23). The Court finds that the requested amount is reasonable.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's counsel is awarded fees under 42 U.S.C. § 406(b) in the amount of $12,267.48. Payment shall be sent to Charlotte W. Hall, at her office at P.O. Box 58129, Raleigh, North Carolina 27658. Counsel shall then pay to Plaintiff the sum of $3,200.00.

Signed: June 27, 2023

Max O. Cogburn Jr
United States District Judge